# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 5/2/2012 ck
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 5:03-CR-298-1BO |
| Marquette Joyce Dew Curry ) | USM No: 24243-056 |
| ) | |
| Date of Original Judgment: 11/10/2004 ) | Thomas P. McNamara |
| Date of Previous Amended Judgment: 05/05/2009 ) | *Defendant's Attorney* |
| *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** 120 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 10, 2004, and May 5, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 5-2-12

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*